# CITY OF OAKLAND



ONE FRANK H. OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA 94612

Office of the City Attorney
John A. Russo
City Attorney
Pelayo A. Llamas, Jr.
Deputy City Attorney

May 12, 2006

(510) 238-3601
FAX: (510) 238-6500
TTY/TDD: (510) 238-3254
(510) 238-6621

**Via E-Filing**

The Honorable James Larson
United States District Court
Northern District of California
Courtroom F
Federal Building, 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

*IT IS SO ORDERED*
*Judge James Larson*

Re:   Lionel Jermon v. City of Oakland, et al.
      United States District Court No. C-05-04269-EMC(JL)
      Our Case File No. 24650

Your Honor:

      Defendants hereby make the following requests: (1) to excuse Officer Vergara and former Chief Richard Word from attending the May 23, 2006 Mandatory Settlement Conference, and (2) to allow the supervising attorney on this case, Rachel Wagner, to be on telephone standby for the same Conference.  These requests are made pursuant to the Court's March 1, 2006 Settlement Conference Order and are based on the grounds stated below.

      Defendant Officer Vergara is expecting a child in early July and her doctor has ordered her to stay home on bed rest since April 2006.  Furthermore, Officer Vergara is not expected to make any personal monetary contribution toward any settlement and nor does she have any authority to veto any monetary agreement.

      Defendant former Chief of Police Richard Word is now Chief of Police of the City of Vacaville.  He also has no personal stake in this suit and does not have authority to veto any monetary agreement.

The Honorable James Larson
May 12, 2006
Lionel Jermon v. City of Oakland, et al.
Page Two


      As is the usual practice of the Oakland City Attorney's Office in cases involving modest injuries, the supervising attorney, and Chief Assistant City Attorney if needed, are knowledgeable of the facts, issues, and potential settlement value of the case and will be on telephone standby at all times.

      Defendants respectfully request that the court consider the above and grant defendants' request.

      Very truly yours,

      JOHN A. RUSSO
      City Attorney

      By: _____
      PELAYO A. LLAMAS, JR.
      Deputy City Attorney

PAL:bjw
372826


cc: John L. Burris, Esq.
    Gayla B. Libet, Esq.