JOHN L. BURRIS, ESQ. - State Bar #69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200   Fax: (510) 839-3882

GAYLA B. LIBET, Esq. - State Bar #109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
Attorneys for Plaintiff
Lionel Jermon

JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
RACHEL WAGNER., Supervising Trial Attorney - State Bar #127246
PELAYO A. LLAMAS, JR., Deputy City Attorney - State Bar #162046
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6621   Fax: (510) 238-6500
24650/374380

Attorneys for Defendants
City of Oakland, Richard Word
Maureen Vergara and William Burke

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL JERMON,<br><br>       Plaintiff,<br><br>   vs.<br><br>CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; MAUREEN VERGARA, individually, and in her capacity as an Oakland police officer; WILLIAM BURKE, individually, and in his capacity as an Oakland police officer; and DOES 1 through 25, inclusive,<br><br>       Defendants. | Case No. C-05-04269-EMC<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; ORDER** |

WHEREAS this matter is currently scheduled for a Case Management Conference to occur on June 14, 2006 at 2:30 p.m.; and

WHEREAS, on May 24, 2006, the parties reached a settlement of this matter, pending approval of the Oakland City Council; and

1  WHEREAS the Oakland City Council is expected to consider the settlement
2  for approval on June 27, 2006, and any approval is expected to become final on July 18,
3  2006; and
4  WHEREAS the parties wish to avoid the incurrence of attorneys' fees and
5  expenses while the settlement is being considered for approval
6  THE PARTIES STIPULATE AND REQUEST THAT THE COURT ORDER
7  AS FOLLOWS:
8  1) The June 14, 2006 Case Management Conference is vacated and
9  continued to August ~~23~~ 30, 2006 at 2:30 p.m.;
10  2) The parties shall file a joint case management statement no later than
11  August ~~9~~ 23, 2006.
12  IT IS SO STIPULATED

13  DATED: June 6, 2006            LAW OFFICES OF JOHN L. BURRIS

14                                 //s//JOHN L. BURRIS
                                   JOHN L. BURRIS
15
                                   Attorneys for Plaintiff
16                                 Lionel Jermon

17  DATED: June 6, 2006            LAW OFFICES OF GAYLA B. LIBET

18                                 //s//GAYLA B. LIBET
                                   GAYLA B. LIBET
19
                                   Attorneys for Plaintiff
20                                 Lionel Jermon

21  DATED: June 6, 2006            OFFICE OF THE CITY ATTORNEY

22                                 By://s//PELAYO A. LLAMAS, JR.
                                   PELAYO A. LLAMAS, JR.
23
24                                 Attorneys for Defendants
                                   City of Oakland, Richard Word
25                                 Maureen Vergara and William Burke

26  .

1  **O R D E R**
2
3  IT IS SO ORDERED.
4
5  DATED: _____ June 8, 2006

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen