JOHN L. BURRIS, ESQ. - State Bar #69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200     Fax: (510) 839-3882

GAYLA B. LIBET, Esq. - State Bar #109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
Attorneys for Plaintiff
Lionel Jermon

JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
RACHEL WAGNER., Supervising Trial Attorney - State Bar #127246
PELAYO A. LLAMAS, JR., Deputy City Attorney - State Bar #162046
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6621     Fax: (510) 238-6500
24650/380278

Attorneys for Defendants
City of Oakland, Richard Word
Maureen Vergara and William Burke

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL JERMON,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; MAUREEN VERGARA, individually, and in her capacity as an Oakland police officer; WILLIAM BURKE, individually, and in his capacity as an Oakland police officer; and DOES 1 through 25, inclusive,<br><br>          Defendants. | Case No. C-05-04269-EMC<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; ORDER**<br><br>**Next Conference: August 30, 2006**<br>**Time: 2:30 p.m.**<br>**Courtroom: C, 15th Floor** |

     WHEREAS this matter is currently scheduled for a Case Management Conference to occur on August 30, 2006 at 2:30 p.m.; and

     WHEREAS, on May 24, 2006, the parties reached a settlement of this matter, pending approval of the Oakland City Council; and

1  WHEREAS the Oakland City Council approved the settlement in closed
2 session on July 18, 2006 and the approval will become final upon approval at an open
3 session City Council meeting; and
4  WHEREAS the Oakland City Council took its summer recess and will
5 reconvene on September 19, 2006 and final approval of the settlement will likely be heard
6 on that day or October 3, 2006; and
7  WHEREAS the parties wish to avoid the incurrence of attorneys' fees and
8 expenses in attending a Case Management Conference while final approval of the
9 settlement is pending;
10  THE PARTIES STIPULATE AND REQUEST THAT THE COURT ORDER
11 AS FOLLOWS:
12  1) The August 30, 2006 Case Management Conference is vacated and
13 continued to October 25, 2006 at 2:30 p.m.;
14  2) The parties shall file a joint case management statement no later than
15 ~~August 18, 2006.~~ October 18, 2006 at 2:30 p.m.
16 IT IS SO STIPULATED
17 DATED: August 18, 2006                    LAW OFFICES OF JOHN L. BURRIS
18                                           //s//JOHN L. BURRIS_____
                                              JOHN L. BURRIS
19
                                              Attorneys for Plaintiff
20                                            Lionel Jermon
21 DATED: August 18, 2006                    LAW OFFICES OF GAYLA B. LIBET
22                                           //s//GAYLA B. LIBET_____
                                              GAYLA B. LIBET
23
                                              Attorneys for Plaintiff
24                                            Lionel Jermon
25 / / /
26 / / /

STIPULATION CONTINUING CASE                    2                      C-05-04269-EMC
MANAGEMENT CONFERENCE; ORDER

| | | |
|---|---|---|
| 1 | DATED: August 18, 2006 | OFFICE OF THE CITY ATTORNEY |
| 2 | | By: /s//PELAYO A. LLAMAS, JR. |
| 3 | | PELAYO A. LLAMAS, JR. |
| 4 | | Attorneys for Defendants City of Oakland, Richard Word |
| 5 | | Maureen Vergara and William Burke |
| 6 | | **O R D E R** |
| 7 | IT IS SO ORDERED, as modified. | |
| 8 | DATED: August 21, 2006 | |
| 9 | | _____ |
| 10 | | EDWARD M. CHEN United States Magistrate Judge |

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: "IT IS SO ORDERED AS MODIFIED" signed Judge Edward M. Chen]*

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; ORDER        3        C-05-04269-EMC