E-filing

1  JOHN L. BURRIS, ESQ. - State Bar #69888
   THE LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, California 94621
3  Telephone: (510) 839-5200        Fax: (510) 839-3882

4  GAYLA B. LIBET, ESQ. - State Bar #109173
   LAW OFFICES OF GAYLA B. LIBET
5  486 41st Street, # 3
   Oakland, CA 94609
6  Telephone and Fax: (510) 420-0324
   Attorneys for Plaintiff Lionel Jermon

7  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
8  RACHEL WAGNER, Supervising Trial Attorney - State Bar #127246
   PELAYO A. LLAMAS, JR., Deputy City Attorney - State Bar #162046
9  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
10 Telephone: (510) 238-6621        Fax: (510) 238-6500

   Attorneys for Defendants, et al.
   24650/373750

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| LIONEL JERMON, | Case No. C-05-04269-EMC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| CITY OF OAKLAND, a municipal corporation; RICHARD WORD, in his capacity as Chief of Police for the CITY OF OAKLAND; MAUREEN VERGARA, individually, and in her capacity as an Oakland police officer; WILLIAM BURKE, individually, and in his capacity as an Oakland police officer; and DOES 1 through 25, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action as follows:

1) On May 24, 2006, Plaintiff Lionel Jermon, through his attorneys of record, and Defendants City of Oakland, et al., through their attorney of record, reached an agreement to the terms of the full and complete settlement of all disputes arising out of

1 | this lawsuit. The settlement negotiations were presided over by Chief Magistrate Judge James Larson.

2) A term of the settlement is that plaintiff dismiss the instant action with prejudice.

3) On July 18, 2006, the Oakland City Council formally approved the settlement. The settlement was finally approved in open session on September 19, 2006 as evidenced by Oakland City Council Resolution Number 80115 C.M.S.

4) The parties hereto stipulate and agree that this lawsuit, and all causes of action, are hereby DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and respectfully request that the Court so order it.

IT IS SO STIPULATED.

DATED: October 11, 2006          LAW OFFICES OF JOHN L. BURRIS

                                 By: _____
                                     JOHN L. BURRIS
                                     Attorneys for Plaintiff Lionel Jermon

DATED: October 11, 2006          LAW OFFICES OF GAYLA B. LIBET

                                 By: _____
                                     GAYLA B. LIBET
                                     Attorneys for Plaintiff Lionel Jermon

DATED: October 19, 2006          OFFICE OF THE CITY ATTORNEY

                                 By: _____
                                     PELAYO A. LLAMAS, JR.
                                     Deputy City Attorney
                                     Attorneys for Defendants
                                     City of Oakland, Richard Word
                                     Maureen Vergara and William Burke

1  **ORDER**
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3  DATED: 10/24/06

EDWARD M. CHEN
United States Magistrate Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE                3                C-05-04269-EMC